DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336 (Phone)
(702) 388-6418 (Fax)
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-cr-00012-LDG-RJJ |
| ) | |
| PLAINTIFF, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | CRIMINAL INDICTMENT PURSUANT |
| vs. ) | TO FEDERAL RULE OF CRIMINAL |
| ) | PROCEDURE 48(A) |
| ALFREDO CARRANZA, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

### ORDER DISMISSING CRIMINAL INDICTMENT

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that all the Criminal Indictment, Superseding Criminal Indictment, and Second Superseding Criminal Indictment, filed herein under case number 2:11-cr-00012-LDG-RJJ is **DISMISSED** pursuant to Federal Rule of Criminal Procedure 48(a).

DATED this ___9___ day of ___MAR___, 2012.

_____
UNITED STATES DISTRICT JUDGE